IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF TENNESSEE,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Civil Action No. 3:95-1227 |
| ) | Judge Echols |
| ) | Magistrate Judge Griffin |
| **CLOVER BOTTOM DEVELOPMENTAL** ) | (Cons. w/3:96-1056) |
| **CENTER, et al.** ) | |
| ) | |
| **Defendants.** ) | |

### ~~[PROPOSED]~~ AGREED ORDER ON JOINT APPLICATION FOR AWARD OF ATTORNEY'S FEES AND REIMBURSEMENT OF EXPENSES TO THE PARENT GUARDIAN ASSOCIATIONS

The Intervenor Parent Guardian Associations (the "PGA) and the State of Tennessee have filed a Joint Application For Award of Attorney's Fees and Reimbursement of Expenses to the PGA. The PGA are "prevailing parties" entitled to awards of expenses and reasonable attorney's fees in this case. The parties have agreed that Thirty-Three Thousand One Hundred Fourteen and No/100 Dollars ($33,114.00) for attorney's fees and Sixty and 95/100 Dollars ($60.95) for expenses, which collectively represents an aggregate award of Thirty-Three Thousand One Hundred Seventy-Four and 95/100 Dollars ($33,174.95), represents an appropriate award of attorney's fees and expenses for monitoring and enforcement related work during the period from December 1, 2007 through November 12, 2008.

Accordingly, it is hereby ordered that the Intervenor PGA are awarded attorney's fees and expenses in the aggregate amount of Thirty-Three Thousand One Hundred Seventy-Four and 95/100 Dollars ($33,174.95). Based on the statements made in the joint application, this award shall be in

satisfaction of hours expended and costs incurred in connection with the PGA's monitoring and enforcement work during the period from December 1, 2007 through November 12, 2008.

It is so ORDERED.

_____
Robert L. Echols
United States District Judge

APPROVED FOR ENTRY:

   s/ Dianne Stamey Dycus
Dianne Stamey Dycus   (BPR #9654)
Deputy Attorney General
State Attorney General's Office
425 Fifth Avenue, North
Nashville, TN   37243-0499
(615) 741-6420

Attorneys for the State of Tennessee


   s/  Dudley M. West
Dudley M. West (BPR #9083)
WHITE & REASOR, PLC
Two American Center, Suite 1150
3102 West End Avenue
Nashville, TN   37203
(615) 383-3345

Attorneys for the Intervenor Parent-Guardian
Associations of Clover Bottom, Greene Valley
and Nat T. Winston Developmental Centers