IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| PEOPLE FIRST OF TENNESSEE, et. al., ) <br> ) <br> Plaintiffs ) <br> ) <br> v. ) <br> ) <br> THE CLOVER BOTTOM ) <br> DEVELOPMENTAL CENTER, et. al., ) <br> ) <br> Defendants ) <br> ) | No. 3:95-1227 <br> (consolidated w/3:96-1056) <br> Judge Robert L. Echols |

**[~~PROPOSED~~] AGREED ORDER ON JOINT APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES TO PEOPLE FIRST**

People First and the State of Tennessee have filed a Joint Application for an Award to People First, of Attorneys Fees and Expenses in the amount of $$88,332.98. The parties agree that People First, et. al. are deemed to be prevailing parties with regard to the work in connection with the Remedial Order encompassed by the Joint Application. The parties also agree that $$88,332.98 represents an appropriate award of fees and expenses.

It is hereby ORDERED that the Plaintiffs/Intervener People First, et al. are awarded attorneys fees and litigation expenses in the amount of $$88,332.98 to be paid by the State of Tennessee. Based upon the statements made in the Joint Application, this award shall be in satisfaction of all hours expended and costs incurred in connection with People First's enforcement work during the period from August 1, 2008 through March 31, 2009.

**IT IS SO ORDERED**:

_____
ROBERT L. ECHOLS
United States District Court

Date: 10/26/09

APPROVED FOR ENTRY:


/s/ Earle J. Schwarz
Earle J. Schwarz, (#7192)
2157 Madison Ave., Suite 201
Memphis, TN 38104

Attorney for Plaintiffs People First, et al.



/s/ Dianne S. Dycus
Dianne Stamey Dycus (#9654)
Deputy Attorney General
General Civil Division
Cordell Hull Building, Second Floor
425 Fifth Avenue North
Nashville, TN 37243
(615) 741-6420

Attorneys for Defendant State of Tennessee