IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PEOPLE FIRST OF TENNESSEE, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3-95-1227 JUDGE ECHOLS |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, et al., | ) ) ) | (cons. w/ 3:96-1056) |
| Defendants. | ) ) | |

## AGREED ORDER

As provided in the Settlement Agreement, the Quality Review Panel may employ experts and staff, as needed, to carry out its functions as described in Section X. of the Settlement Agreement. Such experts and/or staff may require access to class members' information for the purpose of fulfilling these functions, though some of that information may be subject to legal protections from disclosure.

Accordingly, as agreed by the parties, as evidenced by signature of counsel below, it is hereby ORDERED that experts and/or staff employed by the Quality Review Panel shall be permitted access to class members, meetings and discussions concerning class members and class member records and information to the same extent as the Quality Review Panel as described in Section X. of the Settlement Agreement.

Entered this __30th_____ day of __March___, 2010.

_____
ROBERT L. ECHOLS
United States District Court

1

APPROVED FOR ENTRY:

/s Dianne Stamey Dycus
DIANNE STAMEY DYCUS
Deputy Attorney General
CIVIL DIVISION
Office of the Attorney General
State of Tennessee
Cordell Hull Bldg., Second Floor
425 5th Avenue North
Nashville, TN 37243

JONATHAN P. LAKEY
PIETRANGELO COOK PLC
6410 Poplar Avenue, Suite 190
Memphis, TN 38112

/s Mary Martin Schaffner
MARY MARTIN SCHAFFNER
HOWELL & FISHER
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201

DUDLEY WEST
WHITE & REASOR
One American Center, Suite 1100
3100 West End Ave.
Nashville, TN 37203
Attorneys for Intervenor PGA

/s R. Jonas Geissler
R. JONAS GEISSLER
MATTHEW DONNELLY
Senior Trial Attorneys
SAMANTHA TREPEL
Trial Attorney
Special Litigation Section
Civil Rights Division
U.S. Department of Justice
Patrick Henry Building
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Attorneys for Plaintiff the United States

/s Jack Derryberry
JACK DERRYBERRY
WARD, DERRYBERRY & THOMPSON
1720 Parkway Towers
404 James Robertson Parkway
Nashville, TN 37219
Attorney for Plaintiff
People First of Tennessee