UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEPLE FIRST OF TENNESSEE, ET AL. ) | |
| ) | No. 3:95-1227 |
| v. ) | consolidated w/3:96-1056 |
| ) | Judge Echols |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, ET AL. ) | |

**O R D E R**

Pending before the Court is Defendant's "Motion for Leave to File Accompanying Emergency Motion to Compel Quality Review Panel to Comply with Settlement Agreement or, in the Alternative, for Declaratory Relief" (Docket Entry No. 964). The Motion is hereby GRANTED.[1]

A Hearing on the Emergency Motion to Compel is hereby scheduled for **Thursday, May 13, 2010, at 9:00 a.m.** Any response to the Motion must be filed by **Wednesday, May 12, 2010, at 4:00 p.m.**

IT IS SO ORDERED.

ROBERT L. ECHOLS
UNITED STATES DISTRICT JUD

---

[1] The Emergency Motion was submitted with the Motion as Docket Entry No. 965.