UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PEOPLE FIRST OF TENNESSEE, *et al.* | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:95-cv-1227 |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, *et al.* | ) ) ) | Judge Sharp |
| Defendants. | ) ) | |

## ORDER

For the reasons set forth in the accompanying Memorandum, the Court hereby GRANTS the Parties' joint motion seeking approval of an Exit Plan (Docket No. 1118-1) and entry of a proposed Agreed Order (Docket No. 1118-2). The Agreed Order is contemporaneously herewith ENTERED.

The Motion to Intervene brought by Brian Bragdon, Lisa Hill, Gail King, Ricky Lingerfelt, Gena Wexler, Russell Wexler, Leonard Wyrick Jr., and Citizens for a Better Tennessee (Docket No. 1121) is hereby DENIED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE