UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **PEOPLE FIRST OF TENNESSEE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:95-1227 |
| | ) | (cons. w/ 3:96-1056) |
| | ) | **JUDGE SHARP** |
| **CLOVER BOTTOM DEVELOPMENTAL** | ) | |
| **CENTER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

___

**REPORT AND RECOMMENDATION FOR ENTRY OF AN ORDER FINDING THAT DEFENDANTS HAVE COMPLETED CERTAIN MATERIAL PROVISIONS OF THE EXIT PLAN**
___

Before the Court is the request of Defendants the State of Tennessee, et al., made pursuant to paragraph 7 of the Agreed Order (Doc. No. 1138) and Rule 72 of the Federal Rules of Civil Procedure, for this Court to issue a Report and Recommendation that Defendants have completed certain material provisions of the Exit Plan (Doc. 1138-1). In particular, Defendants have requested that they be found to have completed the following provisions of the Exit Plan: Section II, Section III.A., III.B., III.C., Section VIII, and Section X.A. and X.B.

Based upon the compliance meeting conducted by this Court on March 24, 2015, this Court finds, and hereby recommends, that good cause exist to enter an Order holding that Defendants have complied with Section II, Section III.A., III.B., III.C., Section VIII, and Section X.A. and X.B of the Exit Plan. Pursuant to paragraph 7 of the Agreed Order, People First, the United States, and the Parent Guardian Associations of Clover Bottom Developmental Center

1

and of Greene Valley Developmental Center have fourteen (14) days from the entry of this Report and Recommendation to file an objection to it. If no such objection is filed within the prescribed period of time, the findings in this Report and Recommendation shall be final and binding on all parties.

**IT IS SO ORDERED**, this 7th day of April, 2015.

_____
Hon. Juliet Griffin
U.S. Magistrate Judge