UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **PEOPLE FIRST OF TENNESSEE, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:95-1227 |
| | ) | (cons. w/ 3:96-1056) |
| | ) | **JUDGE SHARP** |
| **CLOVER BOTTOM DEVELOPMENTAL** | ) | |
| **CENTER, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

---

**REPORT AND RECOMMENDATION FOR ENTRY OF AN ORDER FINDING THAT DEFENDANTS HAVE COMPLETED A MATERIAL PROVISION OF THE EXIT PLAN**

---

Before the Court is the request of Defendants the State of Tennessee, et al., made pursuant to paragraph 7 of the Agreed Order (Doc. No. 1138) and Rule 72 of the Federal Rules of Civil Procedure, for this Court to issue a Report and Recommendation that Defendants have completed certain material provisions of the Exit Plan (Doc. 1138-1). In particular, Defendants have requested that they be found to have completed the following provision of the Exit Plan: Section V.B.

Based upon the compliance meeting conducted by this Court on June 24, 2015, this Court finds, and hereby recommends, that good cause exist to enter an Order holding that Defendants have complied with Section V.B. of the Exit Plan. Pursuant to paragraph 7 of the Agreed Order, People First, the United States, and the Parent Guardian Associations of Clover Bottom Developmental Center and of Greene Valley Developmental Center have fourteen (14) days

from the entry of this Report and Recommendation to file an objection to it. If no such objection is filed within the prescribed period of time, the findings in this Report and Recommendation shall be final and binding on all parties.

**IT IS SO ORDERED**, this 14th day of July, 2015.

                                                                                                                                    Hon. Juliet Griffin
                                                                                                                                    U.S. Magistrate Judge