# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF TENNESSEE, et al.,** )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>)<br>**CLOVER BOTTOM DEVELOPMENTAL** )<br>**CENTER, et al.,** )<br>)<br>Defendants. ) | No. 3:95-1227<br>(cons. w/ 3:96-1056)<br>JUDGE SHARP |

___

### REPORT AND RECOMMENDATION FOR ENTRY OF AN ORDER FINDING THAT DEFENDANTS HAVE COMPLETED MATERIAL PROVISIONS OF THE EXIT PLAN
___

Before the Court is the request of Defendants the State of Tennessee, et al., made pursuant to paragraph 7 of the Agreed Order (Doc. No. 1138) and Rule 72 of the Federal Rules of Civil Procedure, for this Court to issue a Report and Recommendation that Defendants have completed certain material provisions of the Exit Plan (Doc. 1138-1). In particular, Defendants have requested that they be found to have completed the following provisions of the Exit Plan: Section III.E and III.G; Section IV.A, IV.B, and IV.F; and, Section VI.D.

Based upon the compliance meeting conducted by this Court on October 7, 2015 and the agreement of all parties, this Court finds, and hereby recommends, that good cause exists to enter an Order holding that Defendants have complied with and completed Section III.E and III.G; Section IV.A, IV.B, and IV.F; and, Section VI.D of the Exit Plan. Pursuant to paragraph 7 of the Agreed Order, People First, the United States, and the Parent Guardian Associations of Clover

Bottom Developmental Center and of Greene Valley Developmental Center have fourteen (14) days from the entry of this Report and Recommendation to file an objection to it. If no such objection is filed within the prescribed period of time, the findings in this Report and Recommendation shall be final and binding on all parties.

    **IT IS SO ORDERED**.

                                                                                               _____
                                                                                               Hon. Barbara D. Holmes
                                                                                               U.S. Magistrate Judge