IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEOPLE FIRST OF TENNESSEE, et al. | ) ) ) |
| v. | ) ) |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, et al. | ) ) ) |

No. 3-95-1227

## O R D E R

As scheduled during the settlement/compliance session on November 3, 2015, the next such session is scheduled for **Wednesday, December 9, 2015, at 10:00 a.m.** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, Tennessee.

It is so ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge