IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| **PEOPLE FIRST OF TENNESSEE, et al.,** )<br>)<br>    **Plaintiffs,** )<br>)<br>**v.** )<br>)<br>)<br>**CLOVER BOTTOM DEVELOPMENTAL** )<br>**CENTER, et al.,** )<br>)<br>    **Defendants.** ) | **No. 3:95-1227**<br>**(cons. w/ 3:96-1056)**<br>**JUDGE SHARP** |

___

**REPORT AND RECOMMENDATION FOR ENTRY OF AN ORDER
FINDING THAT DEFENDANTS HAVE COMPLETED
MATERIAL PROVISIONS OF THE EXIT PLAN**
___

Before the Court is the request of Defendants the State of Tennessee, et al., made pursuant to paragraph 7 of the Agreed Order (Doc. No. 1138) and Rule 72 of the Federal Rules of Civil Procedure, for this Court to issue a Report and Recommendation that Defendants have completed certain material provisions of the Exit Plan (Doc. 1138-1). In particular, Defendants have requested that they be found to have completed the following provisions of the Exit Plan: Section IV.E; Section VI.B; Section VII.B; and, Section IX.

Based upon the compliance meeting conducted by this Court on December 9, 2015 and the agreement of all parties, this Court finds, and hereby recommends, that good cause exist to enter an Order holding that Defendants have complied with and completed Section IV.E; Section VI.B; Section VII.B; and, Section IX. Furthermore, pursuant to the Agreed Order and based upon the Court's previous findings of compliance with all of the other material provisions of Sections II-IX

of the Exit Plan, (*see* Report and Recommendations, ECF No. 1141; Report and Recommendations, ECF No. 1145; Report and Recommendations, ECF No. 1147; Report and Recommendations, ECF. No. 1149; Report and Recommendations, ECF No. 1155; and, Report and Recommendations, ECF No. 1157), the Court finds that the State has complied with all material provisions of Sections II-IX of the Exit Plan.

Pursuant to paragraph 7 of the Agreed Order, People First, the United States, and the Parent Guardian Associations of Clover Bottom Developmental Center and of Greene Valley Developmental Center have fourteen (14) days from the entry of this Report and Recommendation to file an objection to it. If no such objection is filed within the prescribed period of time, the findings in this Report and Recommendation shall be final and binding on all parties.

**IT IS SO ORDERED**, this 11th day of December, 2015.

_____
Hon. Barbara D. Holmes
U.S. Magistrate Judge