# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| PEOPLE FIRST OF TENNESSEE, *et al.*, | ) ) ) |
| **Plaintiffs,** | ) ) |
| v. | ) No. 3:95-cv-1227 ) ) |
| CLOVER BOTTOM DEVELOPMENTAL CENTER, *et al.* | ) Judge Sharp ) Magistrate Judge Holmes ) ) |
| **Defendants.** | ) |

## ORDER

Pending before the Court are two Report and Recommendations ("R & Rs") of the Magistrate Judge. The first R & R finds that good cause exists to enter an Order holding that Defendants have complied with Sections III.E and III.G; Sections IV.A, IV.B, and IV.F; and Section VI.D of the Exit Plan. (Docket No. 1155). The second R & R finds that good cause exists to enter an Order holding that Defendants have complied with Section III.F; Sections IV.C and IV.D; and Section V.A of the Exit Plan. (Docket No. 1157). No objections have been made to either R & R.

Generally, where no objections are made to the R & R, "[t]he district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions." FED R. CIV. P. 72(b). Here, under the terms of Agreed Order setting forth exit criteria for the dismissal of this action, if no objection is filed within fourteen (14) days, "the findings in the Report and Recommendation shall be final and binding on all Parties, and no Party may raise any further issues with respect to the material provision(s) with which the Report and Recommendation found the State to be in material compliance."

(Docket No. 1138 at ¶ 7).

Accordingly, the Court hereby rules as follows:

(1) The R & Rs (Docket Nos. 1155 & 1157) are hereby ACCEPTED and APPROVED;

(2) The Court hereby FINDS that Defendants have complied with the following sections of the Exit Plan: III.E, III.F, III.G, IV.A, IV.B, IV.C, IV.D, IV.F, V.A, and VI.D.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE