UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| PEOPLE FIRST OF TENNESSEE, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) NO. 3:95-cv-01227 |
| | ) CHIEF JUDGE CRENSHAW |
| CLOVER BOTTOM DEVELOPMENT CENTER, *et al.*, | ) ) ) |
| Defendants. | ) |

# ORDER

Pending before the Court are two Reports and Recommendations of the Magistrate Judge (Doc. Nos. 1201, 1203), to which no party filed timely objections. The Court has reviewed the Reports and Recommendations and conducted a de novo review of the record. The Reports and Recommendations are **ADOPTED**.

Accordingly, the Court finds that Defendants have complied with Section X.D., Section X.E., Section X.F., and Section X.G. of the Exit Plan. Section X.C. of the Exit Plan does not include any objective and measurable criteria that were required to be satisfied by Defendants. As such, the Court finds that the State has now complied with all material provisions of Section X of the Exit Plan.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE